UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH TORRES,<br><br>        Petitioner,<br><br>    v.<br><br>STATE OF NEVADA,<br><br>        Respondent. | Case No. 3:18-cv-00252-HDM-VPC<br><br>**ORDER** |

The court denied petitioner's application to proceed <u>in forma pauperis</u> and directed him to pay the filing fee. ECF No. 7. Petitioner has not paid the fee within the allotted time. The court will dismiss the action.

Reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

IT THEREFORE IS ORDERED that this action is **DISMISSED** without prejudice for non-payment of the filing fee. The clerk of the court shall enter judgment accordingly and close this action.

IT FURTHER IS ORDERED that a certificate of appealability will not issue.

DATED: October 5, 2018.

_____
HOWARD D. MCKIBBEN
United States District Judge

1